EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
Email: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00420 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 860, 21 U.S.C. § 841(a)(1) and §841(b)(1)(B)] |
| GENE LEWIS PETERMAN, ) aka "Gino Peterman," ) | |
| Defendant. ) | |

SEALED BY ORDER OF THE COURT

INDICTMENT

Count 1

The Grand Jury charges:

On or about the 18th day of July, 2003, in the City and County of Honolulu, in the District of Hawaii, the defendant, GENE LEWIS PETERMAN, did knowingly and intentionally distribute a quantity of methamphetamine, its salts, isomers and salts of its isomers, approximately .810 grams, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a), in and on, and within 1,000 feet of the real property comprising Kaahumanu Elementary School, which is a public elementary school, in further violation of Title 21, United States Code, Section 860.

## Count 2

The Grand Jury further charges:

On or about the 25th day of July, 2003, in the City and County of Honolulu, in the District of Hawaii, the defendant, GENE LEWIS PETERMAN, did knowingly and intentionally distribute a quantity of methamphetamine, its salts, isomers and salts of its isomers, approximately .769 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), in and on, and within 1,000 feet of the real property comprising Kaahumanu Elementary School, which is a public elementary school, in further violation of Title 21, United States Code, Section 860.

## Count 3

The Grand Jury further charges:

On or about the 29th day of July, 2003, in the City and County of Honolulu, in the District of Hawaii, the defendant, GENE LEWIS PETERMAN, did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, approximately 6.39 grams, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

Count 4

The Grand Jury further charges:

On or about the 9th day of September, 2003, in the City and County of Honolulu, District of Hawaii, the defendant, GENE LEWIS PETERMAN, did knowingly and intentionally distribute a quantity of methamphetamine, its salts, isomers and salts of its isomers, approximately 4.8 grams, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a), and 841(b)(1)(C).

DATED: _____NOV - 3 2004_____, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Gene Lewis Peterman
Cr. No. _____
"Indictment"

3