# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00420DAE

CASE NAME:         USA v. Gene Lewis Peterman

ATTYS FOR PLA:     Beverly Wee Sameshima

ATTYS FOR DEFT:    Pamela Byrne

USPO:              Anne Shimokawa

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     2/24/2006                TIME:        9:45am-10:30am

---

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3 and 4 of the Indictment as to Defendant Gene Lewis Peterman.

Defendant Gene Lewis Peterman present, not in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Gene Lewis Peterman.

SENTENCE:

Imprisonment: 24 MONTHS, as to each of Counts 1, 2, 3, and 4 of the Indictment, with all such terms to run concurrently

Supervised Release:  6 YEARS, as to each of Counts 1, 2, 3, and 4 of the Indictment, with all such terms to run concurrently

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4.      Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.      Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release.

6.      Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.      Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.  If all tests are negative for the first 4 years of supervised release, random drug testing can be eliminated at the discretion and direction of the Probation Office.

8.      Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9.      Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10.     That the defendant perform 100 hours of community service each year, for the first 4 years of supervised release, for a total of 400 hours of community service, as directed by the Probation Office.

Special Assessment:  $400.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager