# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR 04-00420DAE

CASE NAME:           USA v. Gene Lewis Peterman

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra          REPORTER:

DATE:     3/1/2006                 TIME:

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3 and 4 of the Indictment as to Defendant Gene Lewis Peterman.

Mittimus is stayed until 4/24/2006.

Defendant to self-surrender @2:00 p.m. on 4/24/2006 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Submitted by:  Theresa Lam, Courtroom Manager